B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**New York Light Energy, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-0336719** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**830 New Loudon Road**<br>**Latham, NY**<br>ZIP Code **12110** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Albany** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)         Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**New York Light Energy, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>          _____<br>          (Name of landlord that obtained judgment)<br><br><br>          _____<br>          (Address of landlord)<br><br>☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13) — Page 3

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**New York Light Energy, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Joseph Zagraniczny (NDNY**
Signature of Attorney for Debtor(s)

**Joseph Zagraniczny (NDNY 601029)**
Printed Name of Attorney for Debtor(s)

**Bond, Schoeneck & King, PLLC**
Firm Name

**One Lincoln Center**
**Syracuse, NY 13202**

_____
Address

**Email: jzagraniczny@bsk.com**
**(315) 218-8000  Fax: (315) 218-8100**
Telephone Number

**May 27, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ David P. Ellis**
Signature of Authorized Individual

**David P. Ellis**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**May 27, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **New York Light Energy, LLC**_____,    Case No. _____
                                          Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Light Energy Administrative Services, LLC**<br>**Northern District of New York** | **Affiliate** | **05/27/15**<br>**Littlefield** |
| **Light Energy Installers, LLC**<br>**Northern District of New York** | **Affiliate** | **05/27/15**<br>**Littlefield** |
| **Light Energy Partners Group, LP**<br>**Northern District of New York** | **Affiliate** | **05/27/15**<br>**Littlefield** |
| **U.S. Light Energy, LLC**<br>**Northern District of New York** | **Affiliate** | **05/27/15**<br>**Littlefield** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of New York

In re    New York Light Energy, LLC

Debtor(s)

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| American Honda Finance P.O. Box 7829 Philadelphia, PA 19101-7829 | American Honda Finance P.O. Box 7829 Philadelphia, PA 19101-7829 | Arrears under vehicle leases | | 8,696.12 |
| Anixter, Inc. Corporate Headquarters 2301 Patriot Boulevard Glenview, IL 60026 | Anixter, Inc. Corporate Headquarters 2301 Patriot Boulevard Glenview, IL 60026 | Trade debt | | 162,721.00 |
| C.T. Male Associates 50 Century Hill Drive Latham, NY 12110 | C.T. Male Associates 50 Century Hill Drive Latham, NY 12110 | Services provided | | 25,390.00 |
| CS Arch 40 Beaver Street Albany, NY 12207 | CS Arch 40 Beaver Street Albany, NY 12207 | Structural engineering | | 90,285.84 |
| Draker, Inc. P.O. Box 670342 Dallas, TX 75267-0342 | Draker, Inc. P.O. Box 670342 Dallas, TX 75267-0342 | Trade debt | | 9,139.37 |
| Dyn Tek Services Inc. 12 Metro Park Road Suite 206 Albany, NY 12205 | Dyn Tek Services Inc. 12 Metro Park Road Suite 206 Albany, NY 12205 | Miscellaneous IT supplies | | 11,931.06 |
| Flex Electrical Construction 2431 3rd Avenue Watervliet, NY 12189 | Flex Electrical Construction 2431 3rd Avenue Watervliet, NY 12189 | Services provided | | 832,211.00 |
| Gexpro 30 Corporate Circle Suite 200 Albany, NY 12203 | Gexpro 30 Corporate Circle Suite 200 Albany, NY 12203 | Trade debt | | 134,151.00 |
| Gross Electric Inc. 27 Silver Circle Queensbury, NY 12804 | Gross Electric Inc. 27 Silver Circle Queensbury, NY 12804 | Services provided | | 1,197,252.32 |
| Mercedes-Benz Financial Services 13650 Heritage Parkway Fort Worth, TX 76177 | Mercedes-Benz Financial Services 13650 Heritage Parkway Fort Worth, TX 76177 | Arrears under vehicle lease | | 11,718.12 |

B4 (Official Form 4) (12/07) - Cont.

In re   New York Light Energy, LLC                                            Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Mombasha Electric Contracting, Inc.<br>P.O. Box 192<br>Goshen, NY 10924 | Mombasha Electric Contracting, Inc.<br>P.O. Box 192<br>Goshen, NY 10924 | Services provided | | 37,113.25 |
| NYS Department of Taxation & Finance<br>Attn: Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205 | NYS Department of Taxation & Finance<br>Attn: Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205 | Sales taxes | | 8,401.48 |
| NYSERDA<br>17 Columbia Circle<br>Albany, NY 12203 | NYSERDA<br>17 Columbia Circle<br>Albany, NY 12203 | Incentive payments | | 508,484.00 |
| O'Connell Electric<br>830 Phillips Road<br>Victor, NY 14564 | O'Connell Electric<br>830 Phillips Road<br>Victor, NY 14564 | Services provided | | 65,000.00 |
| Panel Claw<br>1600 Osgood Street 2023<br>North Andover, MA 01845 | Panel Claw<br>1600 Osgood Street 2023<br>North Andover, MA 01845 | Trade debt | | 669,504.00 |
| Ryan Electric<br>43 Brookside Drive<br>Pittsfield, MA 01201 | Ryan Electric<br>43 Brookside Drive<br>Pittsfield, MA 01201 | Services provided | | 147,612.93 |
| Solarbos<br>310 Stealth Court<br>Livermore, CA 94551 | Solarbos<br>310 Stealth Court<br>Livermore, CA 94551 | Trade debt | | 20,878.46 |
| Stone Management, Inc.<br>2622 Seventh Avenue<br>Watervliet, NY 12189 | Stone Management, Inc.<br>2622 Seventh Avenue<br>Watervliet, NY 12189 | Inventory handling and storage | | 18,407.51 |
| United Rentals<br>1401 Vischer Ferry Road<br>Clifton Park, NY 12065 | United Rentals<br>1401 Vischer Ferry Road<br>Clifton Park, NY 12065 | Machinery and equipment rental | | 21,336.14 |
| Wainschaf Associates Inc.<br>65 Washington Street<br>Rensselaer, NY 12144 | Wainschaf Associates Inc.<br>65 Washington Street<br>Rensselaer, NY 12144 | Inverter storage and installation | | 284,992.82 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   May 27, 2015                              Signature   /s/ David P. Ellis
                                                             David P. Ellis
                                                             Managing Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Northern District of New York

In re  **New York Light Energy, LLC**                                    ,          Case No. _____
                                    Debtor

                                                                          Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 17,718,983.71 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 8,813,983.22 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 8,401.48 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 4,337,513.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 3 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| | | Total Assets | 17,718,983.71 | | |
| | | | Total Liabilities | 13,159,898.63 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of New York

In re    **New York Light Energy, LLC**                                                    ,    Case No. _____

                                                         Debtor

                                                                    Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **New York Light Energy, LLC**                                    , Case No. _____
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **New York Light Energy, LLC**                                         ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty cash located at 830 New Loudon Road, Latham, NY** | - | 500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Operating account (ending in 0484) located at Bank of America** | - | 16.08 |
| | | **Operating account (ending in 2038) located at M&T Bank** | - | 2,136.72 |
| | | **Restricted Funds account (ending in 2686) located at M&T Bank** | - | 25,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          27,652.80
(Total of this page)

___3___   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **New York Light Energy, LLC**                                      ,      Case No. _____
                                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Miscellaneous PPA accounts receivable | - | 34,937.13 |
| | | Storage fees due from Anixter | - | 1,401.41 |
| | | PPA revenue accrual | - | 21,686.03 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  | Sub-Total > | 58,024.57 |
|---|---|---|
| | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **New York Light Energy, LLC**           ,    Case No. _____

                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Bobcat Skid Steer; Serial No. A7TV11490** | - | 30,037.67 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Work in progress inventory** | - | 142,458.65 |

                                    Sub-Total >      172,496.32
                                 (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **New York Light Energy, LLC**                                         ,          Case No. _____
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Prepaid interest on capital lease paid to M&T Bank | - | 2,016.08 |
| | | Intercompany loan due from U.S. Light Energy, LLC | - | 61,282.36 |
| | | Funds due from Light Energy Development for expense reclassification/allocation | - | 2,134.00 |
| | | Intercompany loan due from Light Energy Installers, LLC | - | 11,360,544.18 |
| | | Funds due from Light Energy Management II for expense reclassification/allocation | - | 25.00 |
| | | Intercompany loan due from Light Energy Administrative Services, LLC | - | 2,287,676.62 |
| | | Intercompany loan due from Light Energy Partners Group, LP | - | 3,735,666.87 |
| | | Prepaid advances paid to Schletter, Inc. | - | 11,464.91 |

|  |  |
|---|---|
| Sub-Total > | 17,460,810.02 |
| (Total of this page) | |
| Total > | 17,718,983.71 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **New York Light Energy, LLC**            Case No. _____

_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **x4210**<br><br>**Advanced Energy**<br>**1625 Sharp Point Drive**<br>**Fort Collins, CO 80525** | | - | | | December 23, 2014<br><br>**Purchase Money Security**<br><br>Inventory | | X | | | |
| | | | | | Value $            **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**CNH Capital America LLC**<br>**100 Brubaker Avenue, M.S. 535**<br>**New Holland, PA 17557** | | | | | January 3, 2015<br><br>**Purchase Money Security**<br><br>**Bobcat Skid Steer, serial no. A7TV11490** | | | | | |
| | | | | | Value $           **30,037.67** | | | | **20,144.22** | **0.00** |
| Account No.<br><br>**M&T Bank**<br>**One M&T Plaza**<br>**Attn: Legal Department**<br>**Buffalo, NY 14203** | | X - | | | February 13, 2015<br><br>**Master Equipment Lease**<br><br>**All personal property** | X | X | | | |
| | | | | | Value $            **Unknown** | | | | **4,708,601.00** | **Unknown** |
| Account No.<br><br>**M&T Bank**<br>**One M&T Plaza**<br>**Attn: Legal Department**<br>**Buffalo, NY 14203** | | X - | | | November 20, 2014<br><br>**Bridge Loan Term Note**<br><br>**All personal property** | X | X | | | |
| | | | | | Value $            **Unknown** | | | | **2,158,950.00** | **Unknown** |

__1__   continuation sheets attached

                                                   Subtotal | **6,887,695.22** | **0.00**
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **New York Light Energy, LLC**                                          ,  Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**M&T Bank** <br>**One M&T Plaza** <br>**Buffalo, NY 14203** | X | - | **March 13, 2015** <br><br>**Bridge Loan Term Note** <br><br>**All personal property** <br><br> Value $   **Unknown** | X | X | | <br><br><br><br><br> 1,926,288.00 | <br><br><br><br><br> Unknown |
| Account No. **9076** <br><br>**Mitsubishi Electric US, Inc.** <br>**5900-A Katella Avenue** <br>**Cypress, CA 90630** | | - | **October 21, 2014** <br><br>**Purchase Money Security** <br><br>**Solar photovoltaic equipment and solar generating systems and components** <br> Value $   **Unknown** | | X | | **Unknown** | **Unknown** |
| Account No. <br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | 1,926,288.00 | 0.00 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 8,813,983.22 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re   **New York Light Energy, LLC**                                                    ,   Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re   **New York Light Energy, LLC**                                    ,   Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | Notice only | | | | | | |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. **xx-xxx6719** | | | Sales taxes | | | | | | |
| **NYS Department of Taxation & Finance Attn: Bankruptcy Unit P.O. Box 5300 Albany, NY 12205** | - | | | | | | | 561.80 | |
| | | | | | | | 8,401.48 | | 7,839.68 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 561.80 | |
|---|---|---|---|
| | | 8,401.48 | 7,839.68 |
| | Total (Report on Summary of Schedules) | 561.80 | |
| | | 8,401.48 | 7,839.68 |

B6F (Official Form 6F) (12/07)

In re    **New York Light Energy, LLC** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**942 New Loudon Road, LLC** <br>**942 New Loudon Road** <br>**Latham, NY 12110** | | - | | | **Arrears under Commercial Lease** | | | | **12,500.00** |
| Account No. **xxxxx7920** <br><br>**Acura Financial Services** <br>**P.O. Box 7829** <br>**Philadelphia, PA 19101-7829** | | - | | | **Arrears under vehicle leases** | | | | **1,592.84** |
| Account No. <br><br>**Adirondack Renewables** <br>**1004 New Scotland Road** <br>**Albany, NY 12208** | | - | | | **Feasibility study** | | | | **4,860.00** |
| Account No. **xxxx5021** <br><br>**Albany County Sheriff** <br>**Albany County Courthouse** <br>**Room 79** <br>**Albany, NY 12207** | | - | | | **Compensation lien** | | | | **810.00** |

__6__ continuation sheets attached

Subtotal
(Total of this page)

**19,762.84**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    S/N:23756-141205    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New York Light Energy, LLC**                                        ,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Alexander Lieb 212 Harmony Mills Lofts Cohoes, NY 12047 | - | | Reimbursements  Subject to setoff. | | | X | 26,702.92 |
| Account No. xxxxx3189  American Honda Finance P.O. Box 7829 Philadelphia, PA 19101-7829 | - | | Arrears under vehicle leases | | | | 8,696.12 |
| Account No. x3855  Anixter, Inc. Corporate Headquarters 2301 Patriot Boulevard Glenview, IL 60026 | - | | Trade debt | | | | 162,721.00 |
| Account No.  C.T. Male Associates 50 Century Hill Drive Latham, NY 12110 | - | | Services provided | | | | 25,390.00 |
| Account No. xxx-13-01  CS Arch 40 Beaver Street Albany, NY 12207 | - | | Structural engineering | | | | 90,285.84 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          313,795.88

B6F (Official Form 6F) (12/07) - Cont.

In re   **New York Light Energy, LLC**                                              Case No. _____
_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5-000**<br><br>**Cullen and Dykman, LLP**<br>**100 Quentin Roosevelt Boulevard**<br>**Garden City, NY 11530-4850** | - | | Services provided | | | | 594.53 |
| Account No.<br><br>**Draker, Inc.**<br>**P.O. Box 670342**<br>**Dallas, TX 75267-0342** | - | | Trade debt | | | | 9,139.37 |
| Account No. **x2111**<br><br>**Dyn Tek Services Inc.**<br>**12 Metro Park Road**<br>**Suite 206**<br>**Albany, NY 12205** | - | | Miscellaneous IT supplies | | | | 11,931.06 |
| Account No.<br><br>**Fecteau, PLLC**<br>**4 Atrium Drive**<br>**Albany, NY 12205** | - | | Services provided | | | | 7,125.00 |
| Account No.<br><br>**Flex Electrical Construction**<br>**2431 3rd Avenue**<br>**Watervliet, NY 12189** | - | | Services provided | | | | 832,211.00 |

| | | |
|---|---|---|
| Sheet no. __2___ of __6___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 861,000.96 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **New York Light Energy, LLC**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx5236**<br><br>**Gexpro**<br>**30 Corporate Circle**<br>**Suite 200**<br>**Albany, NY 12203** | - | | Trade debt | | | | 134,151.00 |
| Account No. **xxxxxx2665**<br><br>**Graybar**<br>**229 Church Street**<br>**Albany, NY 12202** | - | | Trade debt | | | | 3,415.10 |
| Account No.<br><br>**Gross Electric Inc.**<br>**27 Silver Circle**<br>**Queensbury, NY 12804** | - | | Services provided | | | | 1,197,252.32 |
| Account No.<br><br>**Light Energy Administrative Services,LLC**<br>**830 New Loudon Road**<br>**Latham, NY 12110** | - | | Reimbursement for prepaid expenses<br>   Subject to setoff. | | | | 1,119.72 |
| Account No. **xx3438**<br><br>**Mercedes-Benz Financial Services**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | - | | Arrears under vehicle lease | | | | 11,718.12 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,347,656.26

B6F (Official Form 6F) (12/07) - Cont.

In re  **New York Light Energy, LLC**                                                    ,  Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services provided | | | | |
| **Mombasha Electric Contracting, Inc.** P.O. Box 192 Goshen, NY 10924 | - | | | | | | | 37,113.25 |
| Account No. **xx0403** | | | | 401K contributions | | | | |
| **NADART** Corporate Headquarters 8400 Westpark Drive Mc Lean, VA 22102 | - | | | | | | | 1,057.89 |
| Account No. **xxxxx7495** | | | | Utility services provided | | | | |
| **National Grid** P.O. Box 29794 New York, NY 10087-9794 | - | | | | | | | 1,045.38 |
| Account No. **xx0377** | | | | Interest on loan from members | | | | |
| **Northeast Acura** 942 Route 9 Latham, NY 12110 | - | | | | | | | 15,750.00 |
| Account No. | | | | Incentive payments | | | | |
| **NYSERDA** 17 Columbia Circle Albany, NY 12203 | - | | | | | | | 508,484.00 |

Sheet no. __4___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **563,450.52**

B6F (Official Form 6F) (12/07) - Cont.

In re    **New York Light Energy, LLC**                                                    , Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Services provided | | | | |
| O'Connell Electric 830 Phillips Road Victor, NY 14564 | - | | | | | | | | 65,000.00 |
| Account No. | | | | | Trade debt | | | | |
| Panel Claw 1600 Osgood Street 2023 North Andover, MA 01845 | - | | | | | | | | 669,504.00 |
| Account No. | | | | | Services provided | | | | |
| Ryan Electric 43 Brookside Drive Pittsfield, MA 01201 | - | | | | | | | | 147,612.93 |
| Account No. **x0423** | | | | | Trade debt | | | | |
| Solarbos 310 Stealth Court Livermore, CA 94551 | - | | | | | | | | 20,878.46 |
| Account No. | | | | | Inventory handling and storage | | | | |
| Stone Management, Inc. 2622 Seventh Avenue Watervliet, NY 12189 | - | | | | | | | | 18,407.51 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **921,402.90**

B6F (Official Form 6F) (12/07) - Cont.

In re **New York Light Energy, LLC**                                        , Case No. _____
                                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3103**  Titan Roofing, Inc. 200 Tapley Street Springfield, MA 01104 | - | | Services provided | | | | 3,555.61 |
| Account No. **xxx5212**  United Rentals 1401 Vischer Ferry Road Clifton Park, NY 12065 | - | | Machinery and equipment rental | | | | 21,336.14 |
| Account No. **NYLE**  V.M. Choppy & Sons, LLC 4 Van Buren Street Troy, NY 12180 | - | | Trade debt | | | | 560.00 |
| Account No. **x0853**  Wainschaf Associates Inc. 65 Washington Street Rensselaer, NY 12144 | - | | Inverter storage and installation | | | | 284,992.82 |
| Account No. | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 310,444.57 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 4,337,513.93 |

B6G (Official Form 6G) (12/07)

.

In re    **New York Light Energy, LLC**                                          ,    Case No. _____
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **942 New Loudon Road, LLC**<br>**P.O. Box 797**<br>**Saratoga Springs, NY 12866** | **Commercial Lease for office space located at 830 Loudon Road, Latham, New York dated June 1, 2010; lease is month to month** |
| **Acura Financial Services**<br>**P.O. Box 7829**<br>**Philadelphia, PA 19101-7829** | **Lease for 2014 Acura MDX SH Tech SUV dated December 9, 2013; term of lease is 36 months** |
| **American Honda Finance**<br>**P.O. Box 7829**<br>**Philadelphia, PA 19101-7829** | **Lease for 2013 Honda RT Ridgeline dated July 8, 2013; term of lease is 36 months** |
| **American Honda Finance**<br>**P.O. Box 7829**<br>**Philadelphia, PA 19101-7829** | **Lease for 2014 Honda Sport Ridgeline dated October 16, 2013; term of lease is 48 months** |
| **American Honda Finance**<br>**P.O. Box 7829**<br>**Philadelphia, PA 19101-7829** | **Lease for 2014 Honda Sport Ridgeline dated October 16, 2013; term of lease is 48 months** |
| **American Honda Finance**<br>**P.O. Box 7829**<br>**Philadelphia, PA 19101-7829** | **Lease for 2013 Honda RTS Ridgeline dated April 1, 2013; term of lease is 48 months** |
| **American Honda Finance**<br>**P.O. Box 7829**<br>**Philadelphia, PA 19101-7829** | **Lease for 2014 Honda Sport Ridgeline; term of lease is 48 months** |
| **American Honda Finance**<br>**P.O. Box 7829**<br>**Philadelphia, PA 19101-7829** | **Lease for 2013 Honda RTS Ridgeline dated March 29, 2013; term of lease is 36** |
| **American Honda Finance**<br>**P.O. Box 7829**<br>**Philadelphia, PA 19101-7829** | **Lease for 2014 Honda Sport Ridgeline dated December 9, 2013; term of lease is 48 months** |
| **IPFS Corporation**<br>**P.O. Box 700**<br>**Buffalo, NY 14226-0700** | **Premium Finance Agreement dated April 7, 2015 for workmens compensation premiums** |
| **IPFS Corporation**<br>**P.O. Box 700**<br>**Buffalo, NY 14226-0700** | **Premium Finance Agreement dated January 20, 2015 for general liability and umbrella insurance premiums** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **New York Light Energy, LLC**                                       ,   Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **M&T Bank**<br>**One M&T Plaza**<br>**Attn:  Legal Department**<br>**Buffalo, NY 14203** | **Master Equipment Lease dated February 13, 2015** |
| **Mercedes-Benz Financial Services**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | **Lease for 2013 Mercedes-Benz Sprinter dated August 29, 2013; term of lease is 36 months** |
| **Mercedes-Benz Financial Services**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | **Lease for 2013 Mercedes-Benz Sprinter dated September 13, 2013; term of lease is 36 months** |
| **Mercedes-Benz Financial Services**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | **Lease for 2013 Mercedes-Benz Sprinter dated December 30, 2013; term of lease is 36 months** |
| **Mercedes-Benz Financial Services**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | **Lease for 2013 Mercedes-Benz Sprinter; term of lease is 36 months** |
| **Mercedes-Benz Financial Services**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | **Lease for 2013 Mercedes-Benz Sprinter; term of lease is 36 months** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **New York Light Energy, LLC**                                          ,   Case No. _____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alexander Lieb**<br>**212 Harmony Mills Lofts**<br>**Cohoes, NY 12047**<br>    **Master Lease Agreement** | **M&T Bank**<br>**One M&T Plaza**<br>**Attn:  Legal Department**<br>**Buffalo, NY 14203** |
| **Alexander Lieb**<br>**212 Harmony Mills Lofts**<br>**Cohoes, NY 12047**<br>    **11/20/14 Bridge Loan Term Note** | **M&T Bank**<br>**One M&T Plaza**<br>**Attn:  Legal Department**<br>**Buffalo, NY 14203** |
| **Alexander Lieb**<br>**212 Harmony Mills Lofts**<br>**Cohoes, NY 12047**<br>    **3/13/15 Bridge Loan Term Note** | **M&T Bank**<br>**One M&T Plaza**<br>**Buffalo, NY 14203** |
| **Chancelor Lieb**<br>**55 Railroad Place**<br>**Saratoga Springs, NY 12866**<br>    **Master Equipment Lease** | **M&T Bank**<br>**One M&T Plaza**<br>**Attn:  Legal Department**<br>**Buffalo, NY 14203** |
| **Chancelor Lieb**<br>**55 Railroad Place**<br>**Saratoga Springs, NY 12866**<br>    **11/20/14 Bridge Loan Term Note** | **M&T Bank**<br>**One M&T Plaza**<br>**Attn:  Legal Department**<br>**Buffalo, NY 14203** |
| **Chancelor Lieb**<br>**55 Railroad Place**<br>**Saratoga Springs, NY 12866**<br>    **3/13/15 Bridge Loan Term Note** | **M&T Bank**<br>**One M&T Plaza**<br>**Buffalo, NY 14203** |
| **David Ellis**<br>**94 Maxwell Road**<br>**Latham, NY 12110**<br>    **11/20/14 Bridge Loan Term Note** | **M&T Bank**<br>**One M&T Plaza**<br>**Attn:  Legal Department**<br>**Buffalo, NY 14203** |
| **David Ellis**<br>**94 Maxwell Road**<br>**Latham, NY 12110**<br>    **3/13/15 Bridge Loan Term Note** | **M&T Bank**<br>**One M&T Plaza**<br>**Buffalo, NY 14203** |
| **David P. Ellis**<br>**94 Maxwell Road**<br>**Latham, NY 12110**<br>    **Master Lease Agreement** | **M&T Bank**<br>**One M&T Plaza**<br>**Attn:  Legal Department**<br>**Buffalo, NY 14203** |

**2**
____ continuation sheets attached to Schedule of Codebtors

In re    **New York Light Energy, LLC**_____,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Keith Goldstein**<br>**11 Oakridge Way**<br>**Melrose, NY 12121**<br>  **Master Lease Agreement** | **M&T Bank**<br>**One M&T Plaza**<br>**Attn:  Legal Department**<br>**Buffalo, NY 14203** |
| **Keith Goldstein**<br>**11 Oakridge Way**<br>**Melrose, NY 12121**<br>  **11/20/14 Bridge Loan Term Note** | **M&T Bank**<br>**One M&T Plaza**<br>**Attn:  Legal Department**<br>**Buffalo, NY 14203** |
| **Keith Goldstein**<br>**11 Oakridge Way**<br>**Melrose, NY 12121**<br>  **3/13/15 Bridge Loan Term Note** | **M&T Bank**<br>**One M&T Plaza**<br>**Buffalo, NY 14203** |
| **Light Energy Fund III, LP**<br>**830 New Loudon Road**<br>**Latham, NY 12110**<br>  **Master Lease Agreement** | **M&T Bank**<br>**One M&T Plaza**<br>**Attn:  Legal Department**<br>**Buffalo, NY 14203** |
| **Light Energy Fund III, LP**<br>**830 New Loudon Road**<br>**Latham, NY 12110**<br>  **11/20/14 Bridge Loan Term Note** | **M&T Bank**<br>**One M&T Plaza**<br>**Attn:  Legal Department**<br>**Buffalo, NY 14203** |
| **Light Energy Fund III, LP**<br>**830 New Loudon Road**<br>**Latham, NY 12110**<br>  **3/13/15 Bridge Loan Term Note** | **M&T Bank**<br>**One M&T Plaza**<br>**Buffalo, NY 14203** |
| **Light Energy Installers, LLC**<br>**830 New Loudon Road**<br>**Latham, NY 12110**<br>  **Master Lease Agreement** | **M&T Bank**<br>**One M&T Plaza**<br>**Attn:  Legal Department**<br>**Buffalo, NY 14203** |
| **Light Energy Installers, LLC**<br>**830 New Loudon Road**<br>**Latham, NY 12110**<br>  **11/20/14 Bridge Loan Term Note** | **M&T Bank**<br>**One M&T Plaza**<br>**Attn:  Legal Department**<br>**Buffalo, NY 14203** |
| **Light Energy Installers, LLC**<br>**830 New Loudon Road**<br>**Latham, NY 12110**<br>  **3/13/15 Bridge Loan Term Note** | **M&T Bank**<br>**One M&T Plaza**<br>**Buffalo, NY 14203** |
| **Timothy Higgins**<br>**P.O. Box 797**<br>**Saratoga Springs, NY 12866**<br>  **Master Lease Agreement** | **M&T Bank**<br>**One M&T Plaza**<br>**Attn:  Legal Department**<br>**Buffalo, NY 14203** |

Sheet __**1**__ of __**2**__ continuation sheets attached to the Schedule of Codebtors

In re    **New York Light Energy, LLC**                                        ,    Case No. _____

Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Timothy Higgins**<br>**P.O. Box 797**<br>**Saratoga Springs, NY 12866**<br>  **11/20/14 Bridge Loan Term Note** | **M&T Bank**<br>**One M&T Plaza**<br>**Attn:  Legal Department**<br>**Buffalo, NY 14203** |
| **Timothy Higgins**<br>**P.O. Box 797**<br>**Saratoga Springs, NY 12866**<br>  **3/13/15 Bridge Loan Term Note** | **M&T Bank**<br>**One M&T Plaza**<br>**Buffalo, NY 14203** |

Sheet   __2__   of   __2__   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of New York

In re   New York Light Energy, LLC

Debtor(s)

Case No.

Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___23___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   May 27, 2015

Signature   /s/ David P. Ellis

David P. Ellis
Managing Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of New York

In re    New York Light Energy, LLC             Case No. _____

                           Debtor(s)        Chapter    11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $126,334.10 | YTD PPA Revenue |
| $300,866.18 | 2014 PPA Revenue |
| $298,909.37 | 2013 PPA Revenue |
| $449,870.89 | 2014 gross income from sale of materials, net of COS |
| $151,633.07 | YTD income from Treasury Grant |
| $407,098.89 | 2014 income from Treasury Grant |
| $431,125.00 | 2013 income from Treasury Grant |
| $178,701.48 | YTD income from NYSERDA grant |
| $247,134.57 | 4014 income from NYSERDA Grant |
| $571,538.00 | 2013 income from NYSERDA Grant |

B7 (Official Form 7) (04/13)                                                                                          2

| AMOUNT | SOURCE |
|---|---|
| $3,628.50 | YTD income from other grants |
| $9,761.90 | 2014 income from other grants |
| $10,357.00 | 2013 income from other grants |
| $2,551,146.44 | 2013 Installation income, net of COS |

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $596.45 | YTD sales tax credit |
| $803.59 | 2014 sales tax credit |
| $258,027.11 | 2014 Satcon vendor payable write off |
| $35,147.62 | 2014 NYSERDA reimbursement of training fee |
| $164,469.00 | 2014 NYSERDA on DC capacity |
| $1,330.52 | 2014 scrap metal sales |
| $1,401.41 | 2014 storage fee charged to Anixter |
| $492.38 | 2014 removal of inventory used at Long Lake Verner project |
| $500,000.00 | 2014 Draker settlement |
| $23,803.52 | 2014 balance deferred revenue for arrays sold |
| $45.38 | 2014 interest income |
| $77.94 | 2013 interest income |
| $500.00 | 2014 consulting income |
| $5,702.86 | 2013 other income |

---

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                    3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached | | $0.00 | $0.00 |

None ☐   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Alexander Lieb<br>212 Harmony Mills Lofts<br>Cohoes, NY 12047 | 4/25/14; 5/1/14; 5/8/14;<br>5/22/14; 5/29/14; 6/6/14;<br>6/12/14; 7/7/14; 7/17/14;<br>8/15/14; 9/4/14; 9/8/14;<br>10/3/14; 10/17/14; 12/11/14;<br>1/20/14; 3/19/14; 4/17/15 | $868,175.53 | $26,702.92 |
| Alexander Lieb<br>212 Harmony Mills Lofts<br>Cohoes, NY 12047 | (Salary) 5/8/14; 5/16/14;<br>5/22/14; 6/6/14; 6/19/14;<br>7/3/14; 7/17/14; 8/1/14;<br>8/15/14; 8/28/14; 9/11/14;<br>9/26/14; 10/23/14; 11/7/14;<br>12/11/14; 12/19/14 | $164,008.00 | $0.00 |
| Northeast Acura<br>942 Route 9<br>Latham, NY 12110 | 5/16/14; 11/7/14; 11/21/14;<br>12/12/14; 1/9/15 | $89,677.30 | $15,750.00 |
| Keith Goldstein<br>11 Oakridge Way<br>Melrose, NY 12121 | 5/22/14; 11/14/14 | $618.75 | $0.00 |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Panelclaw, Inc. v. New York Light and Energy, LLC d/b/a US Light and Energy; Civil Case No. 15-cv-10729 | Collection proceeding | United States District Court for the District of Massachusetts | Pending |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    4

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
     returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
     or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
     spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of the
     this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
     joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
     preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
     property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
     filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
     and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
     aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
     either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| George D. Maziarz (Former NYS Senator) 175 Walnut Street, Suite 6 Lockport, NY 14094 | | July 2, 2014 | $58.89 - installation of solar panels for Boyd camper |
| Saratoga Performing Arts Center 108 Avenue of the Pines Saratoga Springs, NY 12866 | | August 11, 2014 | $7.50 - donation of Ballet Bolshio |
| Unity House 2431 Sixth Avenue Troy, NY 12180 | | August 11, 2014 | $25.00 - Unity House traveling day camp |
| Junior Achievement 8 Stanley Circle Latham, NY 12110 | | August 19, 2014 | $35.00 - Junior Achievement lane sponsor |
| Saratoga Performing Arts Center 108 Avenue of the Pines Saratoga Springs, NY 12866 | | September 16, 2014 | $10.10 |
| American Red Cross 520 West 49th Street New York, NY 10019 | | November 13, 2014 | $2.50 |
| Junior Achievement 8 Stanley Circle Latham, NY 12110 | | November 20, 2014 | $86.35 - Junior Achievement Bowl-A-Thon |

B7 (Official Form 7) (04/13)                                                                                                                   5

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Robert Torkonoo 2314 Oakmont Street Philadelphia, PA 19152 | | December 31, 2014 | $2,348.78 - damaged panels |

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Bond, Schoeneck & King, PLLC One Lincoln Center Syracuse, NY 13202 | 5/26/15 | $60,000 (fees and expenses) |
| Bond, Schoeneck & King, PLLC One Lincoln Center Syracuse, NY 13202 | 5/19/15 | $91,415.00; post-petition retainer |
| Bond, Schoeneck & King, PLLC One Lincoln Center Syracuse, NY 13202 | 5/27/15 | $8,585.00; filing fees for 5 chapter 11 cases |

---

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                        6

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| M&T Bank<br>P.O. Box 1302<br>Buffalo, NY 14240-1302 | Money Market Account ending in 2503 | October 21, 2014; balance was $0.00 at time of closing |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)                                                                                                                7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)                                                                                                                          8

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐
    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Kim Wright<br>830 New Loudon Road<br>Latham, NY 12110 | 8/11/14 to present |
| Toni Rose Popolizio<br>830 New Loudon Road<br>Latham, NY 12110 | 4/7/14 to present |
| Jill O'Connor<br>830 New Loudon Road<br>Latham, NY 12110 | 11/25/13 to present |
| David Kline<br>830 New Loudon Road<br>Latham, NY 12110 | 7/30/12 to present |
| Ann Satterly<br>830 New Loudon Road<br>Latham, NY 12110 | 12/19/11 to 5/26/14 |
| Toni Celeone<br>830 New Loudon Road<br>Latham, NY 12110 | 8/27/13 to 11/21/13 |
| Fecteau PLLC<br>4 Atrium Drive<br>Albany, NY 12205 | 2012 through 2014 |
| Flaherty Salmin LLP<br>2300 Buffalo Road<br>Building 200<br>Rochester, NY 14624 | 2012 through 2014 |

None
☐
    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Fecteau PLLC | 4 Atrium Drive<br>Albany, NY 12205 | 2012 through 2014 |
| Flaherty Salmin LLP | 2300 Buffalo Road<br>Building 200<br>Rochester, NY 14624 | 2012 through 2014 |

None
☐
    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Fecteau PLLC | 4 Atrium Drive<br>Albany, NY 12205 |

B7 (Official Form 7) (04/13)                                                                                                    9

NAME                                              ADDRESS
Flaherty Salmin LLP                               2300 Buffalo Road
                                                  Building 200
                                                  Rochester, NY 14624

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
        issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                  DATE ISSUED
M&T Bank                                          2012, 2013
P.O. Box 1302
Buffalo, NY 14240-1302

---

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
        and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
        controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| David P. Ellis<br>94 Maxwell Road<br>Latham, NY 12110 | Managing Member | 33.33% ownership interest |
| Timothy Higgins<br>P.O. Box 797<br>Saratoga Springs, NY 12866 | Managing Member | 33.33% ownership interest |
| Alexander Lieb<br>212 Harmony Mills Lofts<br>Cohoes, NY 12047 | Manager | 28.33% ownership interest |
| Chancellor Lieb<br>55 Railroad Place<br>Saratoga Springs, NY 12866 | Manager | 5.00% ownership interest |

---

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
        commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                              10

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■       immediately preceding the commencement of this case.

NAME AND ADDRESS                         TITLE                              DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
☐       in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
        commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Alexander Lieb 212 Harmony Mills Lofts Cohoes, NY 12047 | 5/8/14; 5/16/14; 5/22/14; 6/6/14; 6/19/14; 7/3/14; 7/17/14; 8/1/14; 8/15/14; 8/28/14; 9/11/14; 9/26/14; 10/23/14; 11/7/14; 12/11/14; 12/19/14 | $164,008.00 - Salary |

---

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■       group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
        of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date    May 27, 2015                        Signature    /s/ David P. Ellis
                                                          David P. Ellis
                                                          Managing Member

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of New York

In re    **New York Light Energy, LLC**                                    ,          Case No. _____
                                                    Debtor

                                                                Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alexander Lieb, Manager and Member**<br>**212 Harmony Mills Lofts**<br>**Cohoes, NY 12047** | | **28.33%** | |
| **Chancellor Lieb, Manager and Member**<br>**55 Railroad Place**<br>**Saratoga Springs, NY 12866** | | **5.00%** | |
| **David P. Ellis, Manager and Member**<br>**94 Maxwell Road**<br>**Latham, NY 12110** | | **33.33%** | |
| **Timothy Higgins, Manager and Member**<br>**P.O. Box 797**<br>**Saratoga Springs, NY 12866** | | **33.33%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**May 27, 2015**_____          Signature  **/s/ David P. Ellis**_____
                                                            **David P. Ellis**
                                                            **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

942 New Loudon Road, LLC
942 New Loudon Road
Latham, NY 12110


942 New Loudon Road, LLC
P.O. Box 797
Saratoga Springs, NY 12866


Acura Financial Services
P.O. Box 7829
Philadelphia, PA 19101-7829


Adirondack Renewables
1004 New Scotland Road
Albany, NY 12208


Advanced Energy
1625 Sharp Point Drive
Fort Collins, CO 80525


Advanced Energy
Dept. LA 23896
Pasadena, CA 91185-3896


Albany County Sheriff
Albany County Courthouse
Room 79
Albany, NY 12207


Alexander Lieb
212 Harmony Mills Lofts
Cohoes, NY 12047


American Honda Finance
P.O. Box 7829
Philadelphia, PA 19101-7829


Anixter, Inc.
Corporate Headquarters
2301 Patriot Boulevard
Glenview, IL 60026


C.T. Male Associates
50 Century Hill Drive
Latham, NY 12110

Chancelor Lieb
55 Railroad Place
Saratoga Springs, NY 12866


Christopher M. Waterman, Esq.
Demeo LLP
200 State Street
Boston, MA 02109


CNH Capital America LLC
100 Brubaker Avenue, M.S. 535
New Holland, PA 17557


CS Arch
40 Beaver Street
Albany, NY 12207


Cullen and Dykman, LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530-4850


David Ellis
94 Maxwell Road
Latham, NY 12110


David P. Ellis
94 Maxwell Road
Latham, NY 12110


Draker, Inc.
P.O. Box 670342
Dallas, TX 75267-0342


Dyn Tek Services Inc.
12 Metro Park Road
Suite 206
Albany, NY 12205


Fecteau, PLLC
4 Atrium Drive
Albany, NY 12205


Flex Electrical Construction
2431 3rd Avenue
Watervliet, NY 12189

Gexpro
30 Corporate Circle
Suite 200
Albany, NY 12203


Graybar
229 Church Street
Albany, NY 12202


Gross Electric Inc.
27 Silver Circle
Queensbury, NY 12804


Ingold Law
Attn: Elizabeth A. Ingold, Esq.
5555 Main Street
Buffalo, NY 14221


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IPFS Corporation
P.O. Box 700
Buffalo, NY 14226-0700


Keeler Motor Car Company LP
111 Troy-Schenectady Road
Latham, NY 12110


Keith Goldstein
11 Oakridge Way
Melrose, NY 12121


Keith R. Gorman, Esq.
Law Office of Keith R. Gorman
17 British American Boulevard
Latham, NY 12110


Light Energy Administrative Services,LLC
830 New Loudon Road
Latham, NY 12110

Light Energy Fund III, LP
830 New Loudon Road
Latham, NY 12110


Light Energy Installers, LLC
830 New Loudon Road
Latham, NY 12110


Louis Levine, Esq.
Melvin & Melvin
217 S. Salina Street, #700
Syracuse, NY 13202


M&T Bank
One M&T Plaza
Attn: Legal Department
Buffalo, NY 14203


Mercedes-Benz Financial Services
13650 Heritage Parkway
Fort Worth, TX 76177


Mercedes-Benz Financial Services
P.O. Box 5260
Carol Stream, IL 60197-5260


Mitsubishi Electric US, Inc.
5900-A Katella Avenue
Cypress, CA 90630


Mitsubishi Electric US, Inc.
500 Corporate Woods Parkway
Attn: Legal Department
Vernon Hills, IL 60061


Mombasha Electric Contracting, Inc.
P.O. Box 192
Goshen, NY 10924


NADART
Corporate Headquarters
8400 Westpark Drive
Mc Lean, VA 22102

National Grid
P.O. Box 29794
New York, NY 10087-9794


Northeast Acura
942 Route 9
Latham, NY 12110


NYS Department of Taxation & Finance
Attn: Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


NYS Department of Taxation & Finance
P.O. Box 4127
Binghamton, NY 13902


NYSERDA
17 Columbia Circle
Albany, NY 12203


O'Connell Electric
830 Phillips Road
Victor, NY 14564


Panel Claw
1600 Osgood Street 2023
North Andover, MA 01845


Robert H. Finke & Sons, Inc.
P.O. Box 127
Selkirk, NY 12158


Ryan Electric
43 Brookside Drive
Pittsfield, MA 01201


Saratoga Honda
3402 Route 9
P.O. Box 797
Saratoga Springs, NY 12866


Solarbos
310 Stealth Court
Livermore, CA 94551

Stone Management, Inc.
2622 Seventh Avenue
Watervliet, NY 12189


Ten Eyck Group
1924 Wester Avenue
Albany, NY 12203


Timothy Higgins
P.O. Box 797
Saratoga Springs, NY 12866


Titan Roofing, Inc.
200 Tapley Street
Springfield, MA 01104


United Rentals
1401 Vischer Ferry Road
Clifton Park, NY 12065


V.M. Choppy & Sons, LLC
4 Van Buren Street
Troy, NY 12180


Wainschaf Associates Inc.
65 Washington Street
Rensselaer, NY 12144

# United States Bankruptcy Court

## Northern District of New York

In re  New York Light Energy, LLC                                          Case No.
                                         Debtor(s)                          Chapter      11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   New York Light Energy, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 27, 2015
Date

/s/ Joseph Zagraniczny (NDNY
Joseph Zagraniczny (NDNY 601029)
Signature of Attorney or Litigant
Counsel for   New York Light Energy, LLC
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202
(315) 218-8000 Fax:(315) 218-8100
jzagraniczny@bsk.com